SPENCER PERSSON (BAR NO. 235054)
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
spencer.persson@nortonrosefulbright.com

MATTHEW D. SPOHN (Bar No. 269636)
**NORTON ROSE FULBRIGHT US LLP**
1225 Seventeenth Street
Denver, CO 80202
Telephone: (303) 801-2700
Facsimile: (303) 801-2777
matt.spohn@nortonrosefulbright.com

Attorneys for Defendant
CALIBER HOME LOANS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALAM RAZUKI, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIBER HOME LOANS, INC, a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. **'17CV1718 LAB WVG**<br><br>**DECLARATION OF JD AUBREY IN SUPPORT OF DEFENDANT CALIBER HOME LOANS, INC.'S NOTICE OF REMOVAL**<br><br>Complaint Filed: July 18, 2017 |

# DECLARATION OF JD AUBREY

I, JD Aubrey, declare as follows:

1. I am Manager in Enterprise Analytics of Defendant Caliber Home Loans Inc.'s ("Caliber"). I submit this declaration in support of Caliber's Notice of Removal. The facts contained in this declaration are true and correct, and they are based upon my personal and firsthand knowledge. If called upon to do so, I could and would testify competently to the facts contained herein.

2. As part of Caliber's response to this incident, Caliber provided notice of this incident to more than 140,000 individuals whose information was maintained by Caliber and could be affected by this incident.

3. I have performed a review of the loans at issue in this case and have determined that the total amount of loan origination fees collected by Caliber in conjunction with closing these loans exceeds $5,000,000.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of August, 2017 in Irving, Texas.

_____
JD Aubrey