SPENCER PERSSON (BAR NO. 235054)
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
spencer.persson@nortonrosefulbright.com

MATTHEW D. SPOHN (Bar No. 269636)
**NORTON ROSE FULBRIGHT US LLP**
1225 Seventeenth Street
Denver, CO 80202
Telephone: (303) 801-2700
Facsimile: (303) 801-2777
matt.spohn@nortonrosefulbright.com

Attorneys for Defendant
CALIBER HOME LOANS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALAM RAZUKI, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIBER HOME LOANS, INC, a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. **'17CV1718 LAB WVG**<br><br>**DEFENDANT CALIBER HOME LOANS, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>**F.R.C.P. 7.1**<br><br>Complaint Filed: July 18, 2017 |

1    Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for
2    defendant Caliber Home Loans, Inc. ("Caliber") certifies and states as follows:
3    Caliber is a corporation incorporated under the laws of the State of Delaware
4    with its principal place of business in the State of Texas. No publicly held
5    corporation owns ten percent or more of Caliber's stock.

7    Dated:  August 24, 2017            SPENCER PERSSON
                                        MATTHEW D. SPOHN
8                                       **NORTON ROSE FULBRIGHT US LLP**

11                                      By    /s/ Spencer Persson
                                           SPENCER PERSSON
12                                         Attorneys for Defendant
                                           CALIBER HOME LOANS, INC.