1 | SPENCER PERSSON (BAR NO. 235054)
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
spencer.persson@nortonrosefulbright.com

MATTHEW D. SPOHN (Bar No. 269636)
**NORTON ROSE FULBRIGHT US LLP**
1225 Seventeenth Street
Denver, CO 80202
Telephone: (303) 801-2700
Facsimile: (303) 801-2777
matt.spohn@nortonrosefulbright.com

Attorneys for Defendant
CALIBER HOME LOANS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALAM RAZUKI, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIBER HOME LOANS, INC, a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. **'17CV1718 LAB WVG**<br><br>**DEFENDANT CALIBER HOME LOANS, INC.'S NOTICE OF INTERESTED PARTIES**<br><br>**L.R. 7.1-1**<br><br>Complaint Filed: July 18, 2017 |

Pursuant to L.R. 3-15 and Fed. R. Civ. P. 7.1, the undersigned counsel of record for defendant Caliber Home Loans, Inc.. ("Caliber") certifies that the following listed parties may have a direct, pecuniary interest in the outcome of this case:.

1. Caliber is a Delaware corporation that is a wholly-owned subsidiary of LSF6 Service Operations, LLC, which in turn is a wholly-owned subsidiary of LSF6 Service Holdings, L.P., a Delaware limited partnership. Caliber is a corporation incorporated under the laws of the State of Delaware with its principal place of business in the State of Texas. No publicly held entity owns ten percent (10%) or more of the stock of Caliber or its parent company.

2. Plaintiff Salam Razuki.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: August 24, 2017

SPENCER PERSSON
MATTHEW D. SPOHN
**NORTON ROSE FULBRIGHT US LLP**


By   /s/ Spencer Persson
   SPENCER PERSSON
   Attorneys for Defendant
   CALIBER HOME LOANS, INC.