| | |
|---|---|
| 1 | SPENCER PERSSON (BAR NO. 235054) |
|   | **NORTON ROSE FULBRIGHT US LLP** |
| 2 | 555 South Flower Street |
|   | Forty-First Floor |
| 3 | Los Angeles, California 90071 |
|   | Telephone: (213) 892-9200 |
| 4 | Facsimile: (213) 892-9494 |
|   | spencer.persson@nortonrosefulbright.com |
| 5 | |
|   | MATTHEW D. SPOHN (Bar No. 269636) |
| 6 | **NORTON ROSE FULBRIGHT US LLP** |
|   | 1225 Seventeenth Street |
| 7 | Denver, CO 80202 |
|   | Telephone: (303) 801-2700 |
| 8 | Facsimile: (303) 801-2777 |
|   | matt.spohn@nortonrosefulbright.com |
| 9 | |
|   | Attorneys for Defendant |
| 10 | CALIBER HOME LOANS, INC. |

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALAM RAZUKI, individually and on behalf of others similarly situated, | Case No. 3:17-CV-01718-LAB-WVG |
| Plaintiffs, | Assigned For All Purposes To The Honorable Larry Alan Burns |
| v. | **PROOF OF SERVICE** |
| CALIBER HOME LOANS, INC, a Delaware corporation, and DOES 1 through 100, inclusive, | Complaint Filed: July 18, 2017 |
| Defendants. | |

## **PROOF OF SERVICE**

I, Diana Cardenas, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071. On August 25, 2017, I served a copy of the within document(s):

1. DEFENDANT CALIBER HOME LOANS, INC.'S NOTICE OF REMOVAL (DOCUMENT 1)

2. CIVIL COVER SHEET (DOCUMENT 1-1)

3. DECLARATION OF SPENCER PERSSON IN SUPPORT OF DEFENDANT CALIBER HOME LOANS, INC.'S NOTICE OF REMOVAL (DOCUMENT 1-2)

4. DECLARATION OF JD AUBREY IN SUPPORT OF DEFENDANT CALIBER HOME LOANS, INC.'S NOTICE OF REMOVAL (DOCUMENT 1-3)

5. DEFENDANT CALIBER HOME LOANS, INC.'S CORPORATE DISCLOSURE STATEMENT (DOCUMENT 1-4)

6. DEFENDANT CALIBER HOME LOAN'S NOTICE OF INTERESTED PARTIES (DOCUMENT 2)

7. A COPY OF THE JUDGES STANDING ORDER IN CIVIL CASES

8. STATE COURT NOTICE OF REMOVAL TO FEDERAL COURT

9. PROOF OF SERVICE

☒ **(BY NEF)** The foregoing document was served by the court via NEF and hyperlink to the document. On August 25, 2017, I checked the CM/ECF docket for this civil case and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below.

On August 25, 2017, I also caused to be personally delivered the document(s) listed above to the person(s) at the address(es) set forth below, by attorney service Express Network, 121 Broadway Suite #234, San Diego, California 92101.

| | |
|---|---|
| Craig M. Nicholas<br>Alex Tomasevic<br>David G. Greco<br>NICHOLAS & TOMASEVIC, LLP<br>225 Broadway, 19th Floor<br>San Diego, California 92101<br>Tel.: (619) 325-0492<br>Fax: (619) 325-0492<br>Email: cnicholas@nicholalaw.org<br>        atomasevic@nicholaw.org<br>        dgreco@dgreco@nicholaw.org | *Attorneys for Plaintiffs* |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 25, 2017, at Los Angeles, California.

*[signature]*
Diana Cardenas