SPENCER PERSSON (BAR NO. 235054)
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
spencer.persson@nortonrosefulbright.com

MATTHEW D. SPOHN (Bar No. 269636)
**NORTON ROSE FULBRIGHT US LLP**
1225 Seventeenth Street
Denver, CO 80202
Telephone: (303) 801-2700
Facsimile: (303) 801-2777
matt.spohn@nortonrosefulbright.com

Attorneys for Defendant
CALIBER HOME LOANS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALAM RAZUKI, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIBER HOME LOANS, INC, a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. **'17CV1718 LAB WVG**<br><br>**DEFENDANT CALIBER HOME LOANS, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>**F.R.C.P. 7.1**<br><br>Complaint Filed: July 18, 2017 |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendant Caliber Home Loans, Inc. ("Caliber") certifies and states as follows:

Caliber is a corporation incorporated under the laws of the State of Delaware with its principal place of business in the State of Texas. No publicly held corporation owns ten percent or more of Caliber's stock.

Dated:  August 24, 2017

SPENCER PERSSON
MATTHEW D. SPOHN
**NORTON ROSE FULBRIGHT US LLP**


By     /s/ Spencer Persson
       SPENCER PERSSON
       Attorneys for Defendant
       CALIBER HOME LOANS, INC.