SPENCER PERSSON (BAR NO. 235054)
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
spencer.persson@nortonrosefulbright.com

MATTHEW D. SPOHN (Bar No. 269636)
**NORTON ROSE FULBRIGHT US LLP**
1225 Seventeenth Street
Denver, CO 80202
Telephone: (303) 801-2700
Facsimile: (303) 801-2777
matthew.spohn@nortonrosefulbright.com

Attorneys for Defendant
CALIBER HOME LOANS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALAM RAZUKI, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIBER HOME LOANS, INC, a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:17-CV-01718-LAB-WVG<br><br>Assigned For All Purposes To The Honorable Larry Alan Burns<br><br>**JOINT MOTION TO EXTEND TIME FOR FILING RESPONSIVE PLEADING PENDING FILING OF AMENDED COMPLAINT PURSUANT TO CIVIL RULE 7.2**<br><br>Complaint Filed: July 18, 2017<br>Removed: August 24, 2017 |

DOCUMENT PREPARED ON RECYCLED PAPER

Case No. 3:17-CV-01718-LAB-WVG
JOINT MOTION TO EXTEND TIME FOR FILING RESPONSIVE PLEADING PENDING FILING OF AMENDED COMPLAINT PURSUANT TO CIVIL RULE 7.2

1   On July 18, 2017, Plaintiff Salam Razuki ("Razuki") filed a class action complaint against Defendant Caliber Home Loans, LLC ("Caliber") in San Diego County Superior Court, Case No. 37-2017-26373. On July 25, 2017, Razuki served Caliber with the complaint.

On August 24, 2017, Caliber removed the case to this Court under the Class Action Fairness Act, 28 U.S.C. § 1332(d). Pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), Caliber's responsive pleading is therefore due on August 31, 2017.

On or about August 24, 2017, Caliber was also served with a letter dated August 21, 2017 from Razuki's counsel providing notice that Razuki intended to amend the class action complaint to include a claim under California's Consumer Legal Remedies Act, with the filing to occur on approximately September 26, 2017. Based on Razuki's intention to amend, on August 29, 2017, counsel for Caliber contacted counsel for Razuki requesting a 30-day extension of the responsive pleading deadline, commencing with the filing of the amended complaint.

Accordingly, and to avoid unnecessary and duplicative motion practice, and to preserve the parties' and this Court's resources, the parties stipulate and jointly move to adopt the following schedule:

1.  Razuki shall file an amended class action complaint on September 26, 2017; and,

2.  Caliber shall file a responsive pleading 30 days thereafter, on October 26, 2017.

///
///
///
///
///
///

1  SO STIPULATED.

2  Dated: August 31, 2017          NICHOLS & TOMASEVIC LLP

3

4                                  By: /s/ David G. Greco
                                       DAVID G. GRECO

5                                  Attorney For Plaintiffs
                                   SALAM RAZUKI, et al.
6  Dated: August 31, 2017          NORTON ROSE FULBRIGHT US LLP

7

8                                  By: /s/ Spencer Persson
                                       SPENCER PERSSON
9
                                   Attorneys For Defendants
10                                 CALIBER HOME LOANS, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

I, Diana Cardenas, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071. On August 31, 2017, I served a copy of the within document(s):

1. **Joint Motion to Extend Time for Filing Responsive Pleading Pending Filing of Amended Complaint Pursuant to Civil Rule 7.2**

2. **[Proposed] Order**

☒  (BY NEF) The foregoing document was served by the court via NEF and hyperlink to the document. On August 31, 2017, I checked the CM/ECF docket for this civil case and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below.

Craig M. Nicholas                                                    *Attorneys for Plaintiffs*
Alex Tomasevic
David G. Greco
NICHOLAS & TOMASEVIC, LLP
225 Broadway, 19th Floor
San Diego, California 92101
Tel.: (619) 325-0492
Fax: (619) 325-0492
Email: cnicholas@nicholalaw.org
       atomasevic@nicholaw.org
       dgreco@dgreco@nicholaw.org

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 31, 2017, at Los Angeles, California.

                                            _/s/ Diana Cardenas_____
                                                    Diana Cardenas