# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALAM RAZUKI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CALIBER HOME LOANS, INC., et al.,<br><br>Defendants. | CASE NO. 17cv1718-LAB (WVG)<br><br>**ORDER GRANTING CONTINUANCE** |

The joint request for a continuance is **GRANTED**. Razuki must file an amended complaint by September 26 and Caliber must file a responsive pleading by October 26. But the Court cautions that future motions for more time must be filed no later than three days before the affected date. Standing Order § 10.

**IT IS SO ORDERED**.

DATED: September 6, 2017

_____
**HONORABLE LARRY ALAN BURNS**
United States District Judge