| | |
|---|---|
| 1 | **NICHOLAS & TOMASEVIC, LLP** |
| | Craig M. Nicholas  (SBN 178444) |
| 2 | Alex M. Tomasevic (SBN 245598) |
| | David G. Greco (SBN 299635) |
| 3 | 225 Broadway, 19th Floor |
| | San Diego, California 92101 |
| 4 | Telephone:  (619) 325-0492 |
| | Facsimile:   (619) 325-0496 |
| 5 | Email: cnicholas@nicholaslaw.org |
| | Email: atomasevic@nicholaslaw.org |
| 6 | Email: dgreco@nicholaslaw.org |
| 7 | Attorneys for Plaintiff |
| | SALAM RAZUKI |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALAM RAZUKI, individually and on behalf of others similarly situated, | CASE NO.:  3:17-cv-01718-LAB-WVG |
| Plaintiffs, | **NOTICE OF APPEARANCE OF ALEX TOMASEVIC** |
| v. | |
| CALIBER HOME LOANS, INC, a Delaware corporation, and DOES 1 through 100, inclusive, Defendants. | **Judge**:     Hon. Larry A. Burns |
| | **Magistrate**:  Hon. William V. Gallo |
| | **Complaint Filed**: July 18, 2017 |
| | **Case Removed**: August 24, 2017 |

1  TO THE CLERK OF THE COURT, UNITED STATES COURT FOR THE
2  SOUTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

3  **PLEASE TAKE NOTICE THAT THE CLERK** is hereby asked to enter
4  the appearance of Alex Tomasevic of Nicholas & Tomasevic, LLP, as attorney for
5  Plaintiff Salam Razuki in the above-entitled action.  All further notices and other
6  material relevant to this action should be directed to and served upon:

7  **NICHOLAS & TOMASEVIC, LLP**
    Craig M. Nicholas (SBN 178444)
8   Alex M. Tomasevic (SBN 245598)
    David G. Greco (SBN 299635)
9  225 Broadway, 19th Floor
   San Diego, California 92101
10 Telephone:     (619) 325-0492
   Facsimile:      (619) 325-0496
11 Email: cnicholas@nicholaslaw.org
   Email: atomasevic@nicholaslaw.org
12 Email: dgreco@nicholaslaw.org

13 Respectfully submitted:

14
   Dated:  September 21, 2017             **NICHOLAS & TOMASEVIC, LLP**
15

16
                                   By:   */s/ Alex Tomasevic*
17                                       Craig M. Nicholas (SBN 178444)
                                         Alex M. Tomasevic (SBN 245598)
18                                       David G. Greco (SBN 299635)
                                         225 Broadway, 19th Floor
19                                       San Diego, California 92101
                                         Telephone:  (619) 325-0492
20                                       Facsimile:   (619) 325-0496
                                         Email: cnicholas@nicholaslaw.org
21                                       Email: atomasevic@nicholaslaw.org
                                         Email: dgreco@nicholaslaw.org
22
                                         Attorneys for Plaintiff
23

24
25
26
27
28