**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas  (SBN 178444)
Alex M. Tomasevic (SBN 245598)
David G. Greco (SBN 299635)
225 Broadway, 19th Floor
San Diego, California 92101
Telephone:   (619) 325-0492
Facsimile:    (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org
Email: dgreco@nicholaslaw.org

Attorneys for Plaintiff
SALAM RAZUKI

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALAM RAZUKI, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIBER HOME LOANS, INC, a Delaware corporation, and DOES 1 through 100, inclusive, Defendants. | CASE NO.:  3:17-cv-01718-LAB-WVG<br><br>**NOTICE OF APPEARANCE OF DAVID G. GRECO**<br><br>**Judge**:      Hon. Larry A. Burns<br>**Magistrate**:  Hon. William V. Gallo<br><br>**Complaint Filed**: July 18, 2017<br>**Case Removed**: August 24, 2017 |

TO THE CLERK OF THE COURT, UNITED STATES COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

**PLEASE TAKE NOTICE THAT THE CLERK** is hereby asked to enter the appearance of David G. Greco of Nicholas & Tomasevic, LLP, as attorney for Plaintiff Salam Razuki in the above-entitled action. All further notices and other material relevant to this action should be directed to and served upon:

**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas  (SBN 178444)
Alex M. Tomasevic (SBN 245598)
David G. Greco (SBN 299635)
225 Broadway, 19th Floor
San Diego, California 92101
Telephone:      (619) 325-0492
Facsimile:       (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org
Email: dgreco@nicholaslaw.org

Respectfully submitted:

Dated:  September 21, 2017         **NICHOLAS & TOMASEVIC, LLP**

By:   */s/ David G. Greco*
Craig M. Nicholas (SBN 178444)
Alex M. Tomasevic (SBN 245598)
David G. Greco (SBN 299635)
225 Broadway, 19th Floor
San Diego, California 92101
Telephone:  (619) 325-0492
Facsimile:   (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org
Email: dgreco@nicholaslaw.org

Attorneys for Plaintiff