# EXHIBIT B

## DECLARATION OF SALAM RAZUKI

I, Salam Razuki, declare as follows:

    1.  I am the plaintiff in the above-entitled action and make this declaration to the best of my knowledge, information and belief of the facts stated herein.

    2.  I am over twenty-one years of age and am a resident of San Diego, California.

    3.  I provided Caliber with sensitive identifying information that Defendants required to process a loan application while in San Diego County.

    4.  Defendants conduct business in the County of San Diego.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was signed on the _23_ day of _August_, 2017, at San Diego, California.

_____
Salam Razuki