| | |
|---|---|
| 1 | **NICHOLAS & TOMASEVIC, LLP** |
| | Craig M. Nicholas  (SBN 178444) |
| 2 | Alex M. Tomasevic (SBN 245598) |
| | David G. Greco (SBN 299635) |
| 3 | 225 Broadway, 19th Floor |
| | San Diego, California 92101 |
| 4 | Telephone:  (619) 325-0492 |
| | Facsimile:   (619) 325-0496 |
| 5 | Email: cnicholas@nicholaslaw.org |
| | Email: atomasevic@nicholaslaw.org |
| 6 | Email: dgreco@nicholaslaw.org |
| 7 | Attorneys for Plaintiff |
| | SALAM RAZUKI |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | SALAM RAZUKI, individually and on behalf of others similarly situated, | CASE NO.:  3:17-cv-01718-LAB-WVG |
| 12 | | **CERTIFICATE OF SERVICE** |
| 13 | Plaintiffs, v. | |
| 14 | CALIBER HOME LOANS, INC, a Delaware corporation, and DOES 1 through 100, inclusive, Defendants. | **Judge**:   Hon. Larry A. Burns |
| | | **Magistrate**:  Hon. William V. Gallo |
| 15 | | |
| 16 | | **Complaint Filed**: July 18, 2017 |
| | | **Case Removed**: August 24, 2017 |

3:17-cv-01718-LAB-WVG

CERTIFICATE OF SERVICE

I, **Emilia S. Carrillo**, declare that I am over the age of 18 years and am not a party to the case; I am employed in the County of San Diego, California, where the mailing occurs; and my business address is 225 Broadway, 19th Floor, San Diego, California 92101.

On **September 26, 2017**, I served the within: **SEE ATTACHED LIST** on the interested parties in said action by:

[ ]   **BY ELECTRONIC MAIL:** I caused all of the pages of the above-entitled document(s) to be served, via electronic mail (e-mail), to the e-mail address of the addressee(s) so indicated.

[X]   **BY ELECTRONIC FILING.** I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case. Please see attached list of documents and recipients served. The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original document(s) in our office.

I declare under penalty of perjury that the above is true and correct. I further declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made. Executed on **September 26, 2017**, at San Diego, California.

Emilia S. Carrillo

| | |
|---|---|
| 1 | *Razuki v. Caliber Home Loans, Inc.* |
| 2 | UNITED STATES DISTRICT COURT |
| | SOUTHER DISTRICT OF CALIFORNIA |
| 3 | Case No. 3:17-cv-01718-LAB-WVG |
| 4 | **PROOF OF SERVICE** |
| 5 | **DOCUMENTS SERVED:** |
| 6 | **(1) PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT.** |

3:17-cv-01718-LAB-WVG

CERTIFICATE OF SERVICE

*Razuki v. Caliber Home Loans, Inc.*
UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF CALIFORNIA
Case No. 3:17-cv-01718-LAB-WVG

# PROOF OF SERVICE

## PARTIES SERVED:

| Party | Attorney / Firm | Email Address |
|---|---|---|
| Defendant, CALIBER HOME LOANS, INC. | Spencer Persson<br>NORTON ROSE FULBRIGHT<br>555 South Flower Street, 41ST Floor<br>Los Angeles, California 90071<br>Telephone: (213) 892-9200<br>Facsimile: (213) 892-9494 | spencer.persson@nortonrosefulbright.com |
| Defendant, CALIBER HOME LOANS, INC. | Matthew D. Spohn<br>NORTON ROSE FULBRIGHT<br>1225 Seventeenth Street<br>Denver, Colorado 80202<br>Telephone: (303) 801-2700<br>Facsimile: (303) 801-2777 | matt.spohn@nortonrosefulbright.com |

3:17-cv-01718-LAB-WVG

CERTIFICATE OF SERVICE