SPENCER PERSSON (BAR NO. 235054)
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California  90071
Telephone:  (213) 892-9200
Facsimile:   (213) 892-9494
spencer.persson@nortonrosefulbright.com

MATTHEW D. SPOHN (Bar No. 269636)
**NORTON ROSE FULBRIGHT US LLP**
1225 Seventeenth Street
Denver, CO 80202
Telephone:  (303) 801-2700
Facsimile:   (303) 801-2777
matthew.spohn@nortonrosefulbright.com

Attorneys for Defendant
CALIBER HOME LOANS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALAM RAZUKI, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIBER HOME LOANS, INC, a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:17-CV-01718-LAB-WVG<br><br>Assigned To The Honorable Larry Alan Burns<br><br>**NOTICE OF APPEARANCE OF MATTHEW D. SPOHN**<br><br>Complaint Filed:  July 18, 2017<br>Removed:  August 24, 2017 |

TO THE CLERK OF THE COURT, UNITED STATES COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

**PLEASE TAKE NOTICE THAT THE CLERK** is hereby asked to enter the appearance of Matthew D. Spohn of Norton Rose Fulbright US LLP, as attorney for Defendant Caliber Home Loans, Inc. in the above-entitled action. All further notices and other material relevant to this action should be directed to and served upon:

**NORTON ROSE FULBRIGHT US LLP**
MATTHEW D. SPOHN (Bar No. 269636)
1225 Seventeenth Street
Denver, CO 80202
Telephone: (303) 801-2700
Facsimile: (303) 801-2777
matthew.spohn@nortonrosefulbright.com

Dated:      October 25, 2017          Respectfully submitted,

Spencer Persson
Matthew D. Spohn
**NORTON ROSE FULBRIGHT US LLP**

By     /s/  Matthew D. Spohn
       Matthew D. Spohn
       Attorneys for Defendant
       CALIBER HOME LOANS, INC.

## PROOF OF SERVICE

I, Diana Cardenas, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071.

On October 25, 2017, I electronically filed the attached document(s):

**NOTICE OF APPEARANCE OF MATTHEW D. SPOHN**

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

Craig M. Nicholas
Alex Tomasevic
David G. Greco
NICHOLAS & TOMASEVIC, LLP
225 Broadway, 19th Floor
San Diego, California 92101
Tel.: (619) 325-0492
Fax: (619) 325-0492
Email: cnicholas@nicholalaw.org
        atomasevic@nicholaw.org
   dgreco@dgreco@nicholaw.org

Attorneys for Plaintiffs

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 25, 2017, at Los Angeles, California.

*Diana Cardenas*
Diana Cardenas