

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Salam Razuki

                                    **Plaintiff,**
                    **V.**

Caliber Home Loans, Inc. et al

                                    **Defendant.**

**FILED**

10/25/2017

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:            L. Fincher  , Deputy

**Civil No.**  17cv1718-LAB-WVG

### STRICKEN DOCUMENT:
Motion to Dismiss

**Per Order #    15**

12