**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
David G. Greco (SBN 299635)
225 Broadway, 19th Floor
San Diego, California 92101
Telephone:     (619) 325-0492
Facsimile:      (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org
Email: dgreco@nicholaslaw.org

Attorneys for Plaintiff
SALAM RAZUKI

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALAM RAZUKI, individually and behalf of others similarly situated;<br><br>            Plaintiff,<br>vs.<br><br>CALIBER HOME LOANS, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No.: 3:17-cv-01718-LAB-WVG<br><br>**JOINT MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND FOR WITHDRAWAL OF DEFENDANT'S MOTION TO DISMISS**<br><br>**Judge:**  Hon. Larry Alan Burns<br>**Courtroom**  14A<br>**Action Filed:**  July 18, 2017 |

Plaintiff SALAM RAZUKI ("Plaintiff"), and Defendant CALIBER HOME LOANS, INC. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby jointly move for an order allowing Plaintiffs leave to file a Second Amended Complaint ("SAC").

**RECITALS**

1.     Plaintiff filed a First Amended Complaint on September 26, 2017.

2.     Defendant filed a motion to dismiss on October 26, 2017. Plaintiff's opposition is currently due on December 4, 2017. Defendant's reply is currently due on December 11, 2017.

3. The parties have met and conferred and Plaintiff contends that an amendment to the First Amended Complaint may obviate or narrow the issues to be addressed by Defendant's motion to dismiss.

## STIPULATION

4. The Parties therefore stipulate that Plaintiff shall be granted leave of court to file a Second Amended Complaint, due on December 4, 2017 (the date on which Plaintiff's opposition to the motion to dismiss would otherwise be due).

5. Defendant's currently-pending motion to dismiss (Doc. No. 12) is withdrawn.

6. The Parties further stipulate that Defendant shall have 30 days to respond to the Second Amended Complaint, making its response to the Second Amended Complaint due on January 3, 2018.

7. The Parties further stipulate that Defendant does not waive its right to bring a motion to dismiss or any other form of response to the Second Amended Complaint to which it would otherwise be entitled under the law.

**IT IS SO STIPULATED.**

Respectfully submitted:

Dated: November 8, 2017              **NICHOLAS & TOMASEVIC, LLP**

By:   */s/ David G. Greco*
      Craig M. Nicholas
      Alex Tomasevic
      David G. Greco
      *Attorneys for Plaintiff*

**NORTON ROSE FULBRIGHT US LLP**

By    */s/ Matthew D. Spohn*
      SPENCER PERSSON
      MATTHEW D. SPOHN
      *Attorneys for Defendant*