# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALAM RAZUKI, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>CALIBER HOME LOANS, INC., et al.,<br><br>　　　　　　　　　　　　Defendants. | CASE NO. 17cv1718-LAB (WVG)<br><br>**ORDER GRANTING LEAVE TO AMEND** |

The joint motion for leave to file a second amended complaint is **GRANTED**. Plaintiffs shall file the complaint by December 4, 2017, and Defendants shall file a responsive pleading by January 3, 2018. The Clerk shall strike the motion to dismiss [Dkt. 12] as moot and take the December 18, 2017 hearing off calendar.

**IT IS SO ORDERED**.

DATED: November 13, 2017

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge