# EXHIBIT B

# DECLARATION OF SALAM RAZUKI

I, Salam Razuki, declare as follows:

1. I am the plaintiff in the above-entitled action and make this declaration to the best of my knowledge, information and belief of the facts stated herein.

2. I am over twenty-one years of age and am a resident of San Diego, California.

3. I provided Caliber with sensitive identifying information that Defendants required to process a loan application while in San Diego County.

4. Defendants conduct business in the County of San Diego.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was signed on the 23 day of August, 2017, at San Diego, California.

Salam Razuki

EXHIBIT B TO FIRST AMENDED CLASS ACTION COMPLAINT
DECLARATION OF SALAM RAZUKI