**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas  (SBN 178444)
Alex M. Tomasevic (SBN 245598)
David G. Greco (SBN 299635)
225 Broadway, 19th Floor
San Diego, California 92101
Telephone:  (619) 325-0492
Facsimile:   (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org
Email: dgreco@nicholaslaw.org

Attorneys for Plaintiff
SALAM RAZUKI

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALAM RAZUKI, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIBER HOME LOANS, INC, a Delaware corporation, and DOES 1 through 100, inclusive, Defendants. | CASE NO.:  3:17-cv-01718-LAB-WVG<br><br>**CERTIFICATE OF SERVICE**<br><br>**Judge**:     Hon. Larry A. Burns<br>**Magistrate**:  Hon. William V. Gallo<br><br>**Complaint Filed**: July 18, 2017<br>**Case Removed**: August 24, 2017 |

1  I, **Emilia S. Carrillo**, declare that I am over the age of 18 years and am not a
2  party to the case; I am employed in the County of San Diego, California, where the
3  mailing occurs; and my business address is 225 Broadway, 19th Floor, San Diego,
4  California 92101.

5  On **December 4, 2017**, I served the within: **SEE ATTACHED LIST** on the
6  interested parties in said action by:

7
8  **[ ]   BY ELECTRONIC MAIL:** I caused all of the pages of the above-entitled document(s) to be served, via electronic mail (e-mail), to the e-mail
9  address of the addressee(s) so indicated.

10  **[X]   BY ELECTRONIC FILING.** I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated
11  recipients through the Electronic Case Filing system for the above-entitled
12  case. Please see attached list of documents and recipients served. The file transmission was reported as successful and a copy of the Electronic Case
13  Filing Receipt will be maintained with the original document(s) in our office.

14
15  I declare under penalty of perjury that the above is true and correct. I further
16  declare that I am employed in the office of a member of the bar of this Court, at
17  whose direction the service was made. Executed on **December 4, 2017**, at San
18  Diego, California.

19
20
21                                                              Emilia S. Carrillo
22
23
24
25
26
27
28

2                                3:17-cv-01718-LAB-WVG
CERTIFICATE OF SERVICE

*Razuki v. Caliber Home Loans, Inc.*
UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF CALIFORNIA
Case No. 3:17-cv-01718-LAB-WVG

## PROOF OF SERVICE

## DOCUMENTS SERVED:

**(1) PLAINTIFF'S SECOND AMENDED CLASS ACTION COMPLAINT.**

3:17-cv-01718-LAB-WVG

CERTIFICATE OF SERVICE

*Razuki v. Caliber Home Loans, Inc.*
UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF CALIFORNIA
Case No. 3:17-cv-01718-LAB-WVG

# PROOF OF SERVICE

## PARTIES SERVED:

| Party | Attorney / Firm | Email Address |
|---|---|---|
| Defendant, CALIBER HOME LOANS, INC. | Spencer Persson<br>NORTON ROSE FULBRIGHT<br>555 South Flower Street, 41ST Floor<br>Los Angeles, California 90071<br>Telephone: (213) 892-9200<br>Facsimile: (213) 892-9494 | spencer.persson@nortonrosefulbright.com |
| Defendant, CALIBER HOME LOANS, INC. | Matthew D. Spohn<br>NORTON ROSE FULBRIGHT<br>1225 Seventeenth Street<br>Denver, Colorado 80202<br>Telephone: (303) 801-2700<br>Facsimile: (303) 801-2777 | matt.spohn@nortonrosefulbright.com |

3:17-cv-01718-LAB-WVG

CERTIFICATE OF SERVICE