SPENCER PERSSON (BAR NO. 235054)
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California  90071
Telephone:  (213) 892-9200
Facsimile:   (213) 892-9494
spencer.persson@nortonrosefulbright.com

MATTHEW D. SPOHN (Bar No. 269636)
**NORTON ROSE FULBRIGHT US LLP**
1225 Seventeenth Street
Denver, CO 80202
Telephone:  (303) 801-2700
Facsimile:   (303) 801-2777
matthew.spohn@nortonrosefulbright.com

Attorneys for Defendant
CALIBER HOME LOANS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALAM RAZUKI, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIBER HOME LOANS, INC, a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:17-CV-01718-LAB-WVG<br><br>Assigned To The Honorable Larry Alan Burns<br><br>**MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY BY MATTHEW D. SPOHN**<br><br>Complaint Filed:  July 18, 2017<br>Removed:  August 24, 2017 |

Pursuant to Civil Local Rule 83.3(g)(3), Matthew D. Spohn, co-counsel of record for Caliber Home Loans, Inc., in this proceeding, moves this Court to approve his Motion to Withdraw as attorney of record for Caliber Home Loans, Inc. As of January 1, 2018, Mr. Spohn will no longer be associated with Norton Rose Fulbright US LLP. As set forth in the accompanying Declaration, the withdrawal of Mr. Spohn will not cause any prejudice or delay in the case. Spencer Persson of Norton Rose Fulbright US LLP will continue to serve as lead Counsel for Caliber Homes Loans, Inc. in this proceeding. Caliber Homes Loans, Inc. has been served with a copy of this Motion and has consented to Mr. Spohn's withdrawal. Therefore, Mr. Spohn respectfully requests that this Court grant his leave to withdraw as attorney of record in this matter.

Dated:      December 22, 2017          Respectfully submitted,

Spencer Persson
Matthew D. Spohn
**NORTON ROSE FULBRIGHT US LLP**


By      /s/  Matthew D. Spohn
Matthew D. Spohn
Attorneys for Defendant
CALIBER HOME LOANS, INC.

## PROOF OF SERVICE

I, Diana Cardenas, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071.

On December 22, 2017, I electronically filed the attached document(s):

**MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY BY MATTHEW D. SPOHN**

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

Craig M. Nicholas
Alex Tomasevic
David G. Greco
NICHOLAS & TOMASEVIC, LLP
225 Broadway, 19th Floor
San Diego, California 92101
Tel.: (619) 325-0492
Fax: (619) 325-0492
Email: cnicholas@nicholalaw.org
       atomasevic@nicholaw.org
       dgreco@dgreco@nicholaw.org

Attorneys for Plaintiffs

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 22, 2017, at Los Angeles, California.

*Diana Cardenas*
Diana Cardenas