SPENCER PERSSON (BAR NO. 235054)
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California  90071
Telephone:  (213) 892-9200
Facsimile:   (213) 892-9494
spencer.persson@nortonrosefulbright.com

MATTHEW D. SPOHN (Bar No. 269636)
**NORTON ROSE FULBRIGHT US LLP**
1225 Seventeenth Street
Denver, CO 80202
Telephone:  (303) 801-2700
Facsimile:   (303) 801-2777
matthew.spohn@nortonrosefulbright.com

Attorneys for Defendant
CALIBER HOME LOANS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALAM RAZUKI, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIBER HOME LOANS, INC, a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:17-CV-01718-LAB-WVG<br><br>Assigned To The Honorable Larry Alan Burns<br><br>**DECLARATION OF MATTHEW D. SPOHN IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY BY MATTHEW D. SPOHN**<br><br>Complaint Filed:  July 18, 2017<br>Removed:  August 24, 2017 |

Case No. 3:17-CV-01718-LAB-WVG
DECLARATION OF MATTHEW D. SPOHN IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY BY MATTHEW D. SPOHN

Document Prepared on Recycled Paper

I, Matthew D. Spohn, declare as follows:

1. I am over the age of 18, and admitted to practice law in the State of California. I have personal knowledge of the matters set forth below.

2. I am currently employed by Norton Rose Fulbright US LLP.

3. As of January 1, 2018, will no longer be associated with Norton Rose Fulbright US LLP.

4. Spencer Persson of Norton Rose Fulbright US LLP will continue to serve as lead Counsel for Caliber Homes Loans, Inc. in this proceeding.

5. Caliber Homes Loans, Inc. has consented to my withdrawal.

6. I have caused the Motion to Withdraw, including this Declaration, to be served on Caliber Home Loans, Inc. through in-house counsel Jennifer Judge via Federal Express.

7. By electronically filing the Motion to Withdraw and all attachments with the Clerk of the Court using the CM/ECF system, I have caused the Motion to Withdraw and all attachments, including this Declaration, to be served via the Court's CM/ECF system.

I declare the foregoing under penalty of perjury.

Executed on December 22, 2017, at Denver, Colorado.

By /s/ Matthew D. Spohn
MATTHEW D. SPOHN
Attorneys for Defendant Caliber Home Loans, Inc.

## PROOF OF SERVICE

I, Diana Cardenas, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071.

On December 22, 2017, I electronically filed the attached document(s):

**DECLARATION OF MATTHEW D. SPOHN IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY BY MATTHEW D. SPOHN**

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

Craig M. Nicholas
Alex Tomasevic
David G. Greco
NICHOLAS & TOMASEVIC, LLP
225 Broadway, 19th Floor
San Diego, California 92101
Tel.: (619) 325-0492
Fax: (619) 325-0492
Email:  cnicholas@nicholalaw.org
         atomasevic@nicholaw.org
         dgreco@dgreco@nicholaw.org

Attorneys for Plaintiffs

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 22, 2017, at Los Angeles, California.

*Diana Cardenas* (signature)
Diana Cardenas