SPENCER PERSSON (BAR NO. 235054)
SARAH MOSES (BAR NO. 291491)
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone:   (213) 892-9200
Facsimile:   (213) 892-9494
spencer.persson@nortonrosefulbright.com
sarah.moses@nortonrosefulbright.com

Attorneys for Defendant
CALIBER HOME LOANS, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALAM RAZUKI, individually and on behalf of others similarly situated, | Case No.: 3:17-cv-01718-LAB-WVG |
| Plaintiffs, | Assigned to the Honorable Larry Alan Burns |
| v. | **DEFENDANT CALIBER HOME LOANS, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1) and 12(b)(6)** |
| CALIBER HOME LOANS, INC, a Delaware corporation, and DOES 1 through 100, inclusive, | |
| Defendants. | Hearing Date:  February 26, 2018<br>Time:          11:30 a.m.<br>Courtroom:    14A |
| | Complaint Filed:   July 18, 2017<br>Removed:          August 24, 2017 |

DOCUMENT PREPARED
ON RECYCLED PAPER

Case No.: 3:17-cv-01718-LAB-WVG

DEFENDANT CALIBER HOME LOANS, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED CLASS
ACTION COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(1) AND 12(B)(6)

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on February 26, 2018, at 11:30 a.m., or as soon thereafter as counsel may be heard, in Courtroom 14A of the above-entitled Court, located at 333 West Broadway, San Diego, California 92101, defendant Caliber Home Loans, Inc. ("Caliber"), pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) will, and hereby does, move to dismiss the Second Amended Class Action Complaint of Plaintiff Salam Razuki, individually and on behalf of a class of persons he claims are similarly situated.

This Motion is made on multiple grounds under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure:

First, each of Plaintiff's claims fails because he has not alleged any injury or damages, much less injury or damages that are traceable to Caliber's alleged conduct—which represent requisite elements of Article III standing and each of the claims. Second, with respect to his negligence claim, Plaintiff has failed to sufficiently allege that Caliber breached any duty to Plaintiff or that such breach caused any legally cognizable harm. Third, Plaintiff's privacy claim fails because he fails to allege the requisite specific, legally protected privacy interest, lacks a reasonable expectation of privacy with respect to the information at issue, and fails to allege the type of purported invasion required to constitute an actionable claim under the California Constitution and the common law. Fourth, Plaintiff fails to state a claim under California's unfair competition law, as he has not pled any underlying legal violation or injury, both of which are required to sustain such a claim. Fifth, Plaintiff fails to state a claim under the Customer Records Act ("CRA") because he fails to allege a concrete injury or the requisite facts needed to support the claim for a violation of the CRA. Finally, Plaintiff fails to state a claim under the Consumer Legal Remedies Act ("CLRA"). Plaintiffs are not "consumers" under the statute, because Caliber does not provide a covered "good" or "service" as defined under the CLRA. Plaintiffs also have failed to plead any

DOCUMENT PREPARED ON RECYCLED PAPER

misrepresentations made by Caliber or any reliance on any such statements.

This motion to dismiss is based on this notice of motion and motion, the accompanying memorandum of points and authorities in support thereof, the pleadings and other records on file in this action, and such further oral or documentary evidence as the Court may receive at the hearing on the motion to dismiss.

Dated: January 3, 2018

SPENCER PERSSON
SARAH MOSES
**NORTON ROSE FULBRIGHT US LLP**


By /s/ Spencer Persson
SPENCER PERSSON
Attorneys for Defendant
CALIBER HOME LOANS, INC.

DOCUMENT PREPARED
ON RECYCLED PAPER