SPENCER PERSSON (BAR NO. 235054)
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
spencer.persson@nortonrosefulbright.com

MATTHEW D. SPOHN (Bar No. 269636)
**NORTON ROSE FULBRIGHT US LLP**
1225 Seventeenth Street
Denver, CO 80202
Telephone: (303) 801-2700
Facsimile: (303) 801-2777
matthew.spohn@nortonrosefulbright.com

Attorneys for Defendant
CALIBER HOME LOANS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALAM RAZUKI, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CALIBER HOME LOANS, INC, a Delaware corporation, and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. 3:17-CV-01718-LAB-WVG <br><br> Assigned For All Purposes To The Honorable Larry Alan Burns <br><br> **PROOF OF SERVICE** <br><br> Hearing Date: February 26, 2018 <br> Time:             11:30 a.m. <br>                        14A <br><br> Complaint Filed: July 18, 2017 <br> Removal Filed:   August 24, 2017 |

## PROOF OF SERVICE

I, Diana Cardenas, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071.

On January 3, 2018, I electronically filed the attached document(s):

**DEFENDANT CALIBER HOME LOANS, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1) and 12(b)(6)**

**DEFENDANT CALIBER HOME LOANS, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED CLASS ACTION COMPLAINT**

**PROOF OF SERVICE**

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

Craig M. Nicholas
Alex Tomasevic
David G. Greco
NICHOLAS & TOMASEVIC, LLP
225 Broadway, 19th Floor
San Diego, California 92101
Tel.: (619) 325-0492
Fax: (619) 325-0492
Email: cnicholas@nicholalaw.org
       atomasevic@nicholaw.org
       dgreco@dgreco@nicholaw.org

Attorneys for Plaintiffs

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 3, 2018, at Los Angeles, California.

*/s/ Diana Cardenas*
Diana Cardenas