# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALAM RAZUKI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>CALIBER HOME LOANS, INC., et al.,<br><br>Defendants. | CASE NO. 17cv1718-LAB (WVG)<br><br>**ORDER GRANTING WITHDRAWAL** |

Since attorney Matthew Spohn is leaving Norton Rose Fulbright, the firm representing Caliber Home Loans, but his co-counsel will continue to represent Caliber, Spohn's motion to withdraw is **GRANTED**.

**IT IS SO ORDERED**.

DATED: January 4, 2018

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge