| | |
|---|---|
| 1 | COOLEY LLP |
| 2 | BENJAMIN KLEINE (257225) (bkleine@cooley.com) |
|   | LAURA M. ELLIOTT (286702) (lelliott@cooley.com) |
| 3 | REECE TREVOR (316685) (rtrevor@cooley.com) |
|   | 101 California Street, 5th Floor |
| 4 | San Francisco, CA  94111-5800 |
|   | Telephone: (415) 693-2000 |
| 5 | Facsimile:  (415) 693-2222 |
| 6 | Attorneys for Defendant |
|   | Caliber Home Loans, Inc. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALAM RAZUKI, individually and on behalf of others similarly situated, | Case No.  3:17-cv-01718-LAB-WVG |
| Plaintiff, | **NOTICE OF APPEARANCE OF LAURA M. ELLIOT AS COUNSEL FOR DEFENDANT CALIBER HOME LOANS, INC.** |
| v. | |
| CALIBER HOME LOANS, INC., a Delaware corporation; and DOES 1 through 100, inclusive, | Complaint Filed:   July 18, 2017 |
|   | Removed:             August 24, 2017 |
| Defendant. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

PLEASE TAKE NOTICE THAT Laura M. Elliot of the law firm Cooley LLP enters her appearance as counsel of record for Defendant Caliber Home Loans, Inc. and hereby requests that all briefs, motions, orders, correspondence and other papers be served on her.

Dated:   February 14, 2018         COOLEY LLP

*s/ Laura M. Elliott*_____
Laura M. Elliott
Attorneys for Defendant
Caliber Home Loans, Inc.
Email:  lmelliott@cooley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2018, I filed the document named below pursuant to the Court's Electronic Case Filing Administrative Policies and Procedures Manual:

NOTICE OF APPEARANCE OF LAURA M. ELLIOT
AS COUNSEL FOR DEFENDANT CALIBER HOME LOANS, INC.

with the Clerk of the Court using the CM/ECF system. Counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

Executed on February 14, 2018 at San Francisco, California.

*Debra Foster*
Debra Foster

166615791