COOLEY LLP
BENJAMIN KLEINE (257225) (bkleine@cooley.com)
LAURA M. ELLIOTT (286702) (lelliott@cooley.com)
REECE TREVOR (316685) (rtrevor@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone: (415) 693-2000
Facsimile:  (415) 693-2222

Attorneys for Defendant
Caliber Home Loans, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALAM RAZUKI, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALIBER HOME LOANS, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No.  3:17-cv-01718-LAB-WVG<br><br>**NOTICE OF APPEARANCE OF REECE TREVOR AS COUNSEL FOR DEFENDANT CALIBER HOME LOANS, INC.**<br><br>Complaint Filed:  July 18, 2017<br>Removed:             August 24, 2017 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

PLEASE TAKE NOTICE THAT Reece Trevor of the law firm Cooley LLP enters his appearance as counsel of record for Defendant Caliber Home Loans, Inc. and hereby requests that all briefs, motions, orders, correspondence and other papers be served on him.

Dated:    February 14, 2018         COOLEY LLP

*s/ Reece Trevor*_____
Reece Trevor
Attorneys for Defendant
Caliber Home Loans, Inc.
Email:  rtrevor@cooley.com

# CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2018, I filed the document named below pursuant to the Court's Electronic Case Filing Administrative Policies and Procedures Manual:

NOTICE OF APPEARANCE OF REECE TREVOR AS COUNSEL FOR DEFENDANT CALIBER HOME LOANS, INC.

with the Clerk of the Court using the CM/ECF system. Counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

Executed on February 14, 2018 at San Francisco, California.

*/s/ Debra Foster*
Debra Foster

166616006

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.

NOTICE OF APPEARANCE OF COUNSEL
Case No. 3:17-CV-01718-LAB-WVG