**MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

Case: *Razuki v. Caliber Home Loans et al.*          Case No:17cv1718-LAB (WVG)

HON. Larry Alan Burns

        The motion to dismiss hearing scheduled for Monday, February 26, 2018, is taken off calendar. The Court will decide the motion on the papers. CivLR 7.1(d).

DATED: February 22, 2018

                                                                        INITIALS: Law Clerk