**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
David G. Greco (SBN 299635)
225 Broadway, 19th Floor
San Diego, California 92101
Telephone:   (619) 325-0492
Facsimile:    (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org
Email: dgreco@nicholaslaw.org

Attorneys for Plaintiff
SALAM RAZUKI

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALAM RAZUKI, individually and behalf of others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>CALIBER HOME LOANS, INC., a Delaware corporation;<br><br>Defendant. | Case No.: 3:17-cv-01718-LAB-WVG<br><br>**REQUEST TO WITHDRAW INCORRECTLY FILED DOCUMENT [ECF NO. 28]**<br><br>**Judge**:         Hon. Larry A. Burns<br>**Magistrate**:  Hon. William V. Gallo<br><br>**Action Filed**: September 12, 2017<br>**Trial Date**: None Set |

Plaintiff SALAM RAZUKI. by and through their undersigned counsel, requests to withdraw Document No. 28 (Plaintiff's Third Amended Complaint) filed on July 6, 2018. Document No. 28 was inadvertently filed without a redlined copy of Plaintiff's Third Amended Complaint. Plaintiff's Third Amended Complaint will be re-filed with the appropriate attachment as required by the Court.

Respectfully submitted:

Dated: July 11, 2018  **NICHOLAS & TOMASEVIC, LLP**

By: */s/ David G. Greco*
Craig M. Nicholas (SBN 178444)
David G. Greco (SBN 299635)
225 Broadway, 19th Floor
San Diego, CA 92101
Telephone: (619) 325-0492
Facsimile: (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: dgreco@nicholaslaw.org

*Attorneys for Plaintiff,*
CHAMPION COURAGE LTD.