1  **NICHOLAS & TOMASEVIC, LLP**
   Craig M. Nicholas  (SBN 178444)
2  Alex M. Tomasevic (SBN 245598)
   David G. Greco (SBN 299635)
3  225 Broadway, 19th Floor
   San Diego, California 92101
4  Telephone:  (619) 325-0492
   Facsimile:   (619) 325-0496
5  Email: cnicholas@nicholaslaw.org
   Email: atomasevic@nicholaslaw.org
6  Email: dgreco@nicholaslaw.org

7  Attorneys for Plaintiff
   SALAM RAZUKI

8

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALAM RAZUKI, individually and on behalf of others similarly situated, | CASE NO.:  3:17-cv-01718-LAB-WVG |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| CALIBER HOME LOANS, INC, a Delaware corporation, and DOES 1 through 100, inclusive, Defendants. | **Judge**:  Hon. Larry A. Burns<br>**Magistrate**: Hon. William V. Gallo<br><br>**Complaint Filed**: July 18, 2017<br>**Case Removed**: August 24, 2017 |

3:17-cv-01718-LAB-WVG

CERTIFICATE OF SERVICE

1  I, **Emilia S. Carrillo**, declare that I am over the age of 18 years and am not a
2  party to the case; I am employed in the County of San Diego, California, where the
3  mailing occurs; and my business address is 225 Broadway, 19th Floor, San Diego,
4  California 92101.

5  On **July 11, 2018**, I served the within: **SEE ATTACHED LIST** on the
6  interested parties in said action by:

**[ ]   BY ELECTRONIC MAIL:** I caused all of the pages of the above-entitled document(s) to be served, via electronic mail (e-mail), to the e-mail address of the addressee(s) so indicated.

**[X]   BY ELECTRONIC FILING.** I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case. Please see attached list of documents and recipients served. The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original document(s) in our office.

I declare under penalty of perjury that the above is true and correct. I further declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made. Executed on **July 11, 2018**, at San Diego, California.

Emilia S. Carrillo

2   3:17-cv-01718-LAB-WVG
CERTIFICATE OF SERVICE

*Razuki v. Caliber Home Loans, Inc.*
UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF CALIFORNIA
Case No. 3:17-cv-01718-LAB-WVG

# PROOF OF SERVICE

## DOCUMENTS SERVED:

(1) **PLAINTIFF'S THIRD AMENDED CLASS ACTION COMPLAINT; and**

(2) **REDLINED DRAFT OF PLAINTIFF'S THIRD AMENDED COMPLAINT.**

## PARTIES SERVED:

| Party | Attorney / Firm | Email Address |
|---|---|---|
| Defendant, CALIBER HOME LOANS, INC. | Spencer Persson<br>NORTON ROSE FULBRIGHT<br>555 South Flower Street, 41ST Floor<br>Los Angeles, California 90071<br>Telephone: (213) 892-9200<br>Facsimile: (213) 892-9494 | spencer.persson@nortonrosefulbright.com |

3:17-cv-01718-LAB-WVG

CERTIFICATE OF SERVICE