| | |
|---|---|
| 1 | COOLEY LLP |
| 2 | Benjamin Kleine (257225) (bkleine@cooley.com) |
|   | Laura M. Elliott (286702) (lelliott@cooley.com) |
| 3 | 101 California Street, 5th Floor |
|   | San Francisco, CA  94111-5800 |
| 4 | Telephone: (415) 693-2000 |
|   | Facsimile:  (415) 693-2222 |
| 5 | |
|   | Attorneys for Defendant Caliber Home Loans, Inc. |
| 6 | SALAM RAZUKI, individually and behalf of others similarly situated, |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALAM RAZUKI, individually and behalf of others similarly situated, | Case No.  3:17-cv-01718-LAB-WVG |
| Plaintiff, | **CALIBER HOME LOANS, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED CLASS ACTION COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1) and 12(b)(6)** |
| v. | |
| CALIBER HOME LOANS, INC., a Delaware corporation, | |
| Defendant. | Hearing Date: August 27, 2018 |
| | Time: 11:30 a.m. |
| | Courtroom: 14A |
| | Judge: Hon. Larry Alan Burns |

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 27, 2018, at 11:30 a.m. or as soon thereafter as counsel may be heard, in Courtroom 14A of the above-entitled Court, located at 333 West Broadway, Suite 1410, San Diego, California  92101, defendant Caliber Home Loans, Inc. ("Caliber"), pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) will, and hereby does, move to dismiss the Third Amended Complaint of Plaintiff Salam Rakuzi, individually and on behalf of a class of persons he claims are similarly situated.

1   This motion to dismiss is based on this notice of motion and motion, the
2   accompanying memorandum of points and authorities in support thereof, the pleadings
3   and other records on file in this action, and such further oral or documentary argument
4   and evidence as the Court may receive at the hearing on the motion to dismiss.

5   Dated: July 20, 2018                              COOLEY LLP

                                                      By: *s/ Benjamin Kleine*
                                                          Benjamin Kleine
                                                          Attorneys for Defendant
                                                          Caliber Home Loans, Inc.
                                                          Email: *bkleine@cooley.com*

181147315

# CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I filed the document named below pursuant to the Court's Electronic Case Filing Administrative Policies and Procedures Manual:

**CALIBER HOME LOANS, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED CLASS ACTION COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1) and 12(b)(6)**

with the Clerk of the Court using the CM/ECF system. Counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

Executed on July 20, 2018 at San Francisco, California.

*Debra Foster*
Debra Foster