# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

<u>Case</u>: *Razuki v. Caliber Home Loans, Inc. et al.*  <u>Case No</u>: 17cv1718
<u>HON.</u> Larry Alan Burns          <u>CT. DEPUTY</u>          <u>Rptr.</u>

    The hearing scheduled for August 27, 2018, is moved to October 22, 2018 at 11:30 am. The parties should still use August 27 as the date for filing the opposition and reply.

Dated: July 30, 2018

*/s/ Larry A. Burns*
**HONORABLE LARRY ALAN BURNS**
United States District Judge