| | |
|---|---|
| 1 | **NICHOLAS & TOMASEVIC, LLP** |
| 2 | Craig M. Nicholas  (SBN 178444) |
|   | Alex M. Tomasevic (SBN 245598) |
| 3 | David G. Greco (SBN 299635) |
|   | 225 Broadway, 19th Floor |
| 4 | San Diego, California 92101 |
|   | Telephone:   (619) 325-0492 |
| 5 | Facsimile:    (619) 325-0496 |
|   | Email: cnicholas@nicholaslaw.org |
| 6 | Email: atomasevic@nicholaslaw.org |
|   | Email: dgreco@nicholaslaw.org |
| 7 | Attorneys for Plaintiff |
|   | SALAM RAZUKI |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALAM RAZUKI, individually and on behalf of others similarly situated, | CASE NO.:  3:17-cv-01718-LAB-WVG |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| CALIBER HOME LOANS, INC, a Delaware corporation, and DOES 1 through 100, inclusive, | **Judge**:        Hon. Larry A. Burns |
| | **Magistrate**:  Hon. William V. Gallo |
| Defendants. | **Complaint Filed**: July 18, 2017 |
| | **Case Removed**: August 24, 2017 |

1  I, **Sarah Fan**, declare that I am over the age of 18 years and am not a party to
2  the case; I am employed in the County of San Diego, California, where the mailing
3  occurs; and my business address is 225 Broadway, 19th Floor, San Diego, California
4  92101.

5  On **August 13, 2018**, I served the within: **SEE ATTACHED LIST** on the
6  interested parties in said action by:

8  **[ ]    BY ELECTRONIC MAIL:** I caused all of the pages of the above-entitled document(s) to be served, via electronic mail (e-mail), to the e-mail address of the addressee(s) so indicated.

10 **[X]    BY ELECTRONIC FILING.** I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case. Please see attached list of documents and recipients served. The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original document(s) in our office.

15 I declare under penalty of perjury that the above is true and correct. I further
16 declare that I am employed in the office of a member of the bar of this Court, at whose
17 direction the service was made. Executed on **August 13, 2018**, at San Diego,
18 California.

_____
Sarah Fan

2                                              3:17-cv-01718-LAB-WVG
CERTIFICATE OF SERVICE

*Razuki v. Caliber Home Loans, Inc.*
UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF CALIFORNIA
Case No. 3:17-cv-01718-LAB-WVG

# PROOF OF SERVICE

## DOCUMENTS SERVED:

**(1) PLAINTIFF SALAM RAZUKI'S RESPONSE IN OPPOSITION TO DEFENDANT CALIBER HOME LOANS, INC.'S MOTION TO DISMISS THIRD AMENDED CLASS ACTION COMPLAINT.**

## PARTIES SERVED:

Benjamin Kleine
Laura M. Elliott
**COOLEY LLP**
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: bkleine@cooley.com
Email: lelliott@cooley.com

Attorneys for Defendant Caliber Home Loans, Inc.