## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

<u>Case</u>: *Razuki v. Caliber Home Loans, Inc.*                           <u>Case No</u>: 17cv1718

<u>HON. Larry Alan Burns</u>          <u>CT. DEPUTY          </u>          <u>Rptr.          </u>

  Currently on calendar for Monday, October 22, 2018 at 11:30 a.m. is a hearing on Defendant's Motion to Dismiss.  Pursuant to Civil Local Rule 7.1(d)(1), the Court finds this motion suitable for decision without oral argument.  Accordingly, the hearing on this motion is taken off calendar and this matter is taken under submission.  No appearances will be required in this matter on Monday, October 22, 2018.

DATED: October 15, 2018

                 INITIALS: <u>Law Clerk</u>