

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALAM RAZUKI, individually and on behalf of others similarly situated<br><br>Plaintiff,<br>V.<br><br>CALIBER HOME LOANS, INC.<br><br>Defendant. | Civil Action No. 17cv1718-LAB (WVG)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court DISMISSES THIS CASE WITH PREJUDICE. The clerk is directed to enter judgment in favor of Caliber and to close the case.

Date:  11/16/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ D. Gilbert
D. Gilbert, Deputy